## Harrison Police Department
Incident Report

Case Number: 01-22-000737

### Incident

| Case Number: 01-22-000737 | Report: 01/21/2022 13:46 | Occured From: 01/19/2022 13:13 | Occured To: 01/21/2022 13:54 | Report Type: Original |
|---|---|---|---|---|
| Department Classification: CIVIL MATTERS | | Case Status: OPEN | Case Status Date: 01/21/2022 | Cleared: 01/21/2022 13:41 |

Common Name:
119 PRESTON AV HARRISON New York 10604

Day of Week: Wednesday
Dispatched: 01/21/2022 13:13
Responded: 01/21/2022 13:13
Arrived: 01/21/2022 13:20

Map Reference: 6A1
User Defined Table 2: Harrison Police Department
Location Type: RESIDENCE-SINGLE FAMILY
Beat Assignment: 06

### Person 1 - Raymond J Colasacco

| Person Type: RELATIVE (RE) | Home Phone: | Business Phone: | Other Phone: (914) 760 - 7624 |
|---|---|---|---|
| Race: WHITE | Sex: Male | DL Number: | DL Exp. Date: |
| SSN: | Birth Date: 01/19/1982 | Birth Place: | |

Person Address:
9 Thonewood RD Armonk New York 10504

Employer Information:

Person Information

Age: 40
Ethnic Origin: NON HISPANIC
Adult/Juvenile: ADULT

| Reporting Officer: JOSEPH DEFONCE 168 | Department: HARRISON | Report Status: Approved |
|---|---|---|
| Supervising Officer: | | Date/Time: |
| Verifying Officer: Domenick J GENTILE 140 | Department: HARRISON POLICE DEPARTMENT | Date/Time: 01/24/2022 16:07 |

Page 1 of 4

# Harrison Police Department

Incident Report

Report: 01/21/2022 13:46
Case Number: 01-22-000737

## Person 2 - Rick P Colasacco

| Person Type: RELATIVE (RE) | Home Phone: | Business Phone: | Other Phone: (914) 494 - 1147 |
|---|---|---|---|
| Race: WHITE | Sex: Male | DL Number: | DL Exp. Date: |
| SSN: | Birth Date: 01/16/1960 | Birth Place: | |
| Person Address: 58 WEBSTER AV HARRISON New York 10528 | | | |
| Employer Information: | | | |

**Person Information**

Age: 62
Ethnic Origin: NON HISPANIC
Adult/Juvenile: ADULT

## Person 3 - Maria Nieves

| Person Type: OTHER (OT) | Home Phone: | Business Phone: (860) 833 - 7110 | Other Phone: |
|---|---|---|---|
| Race: UNKNOWN (X) | Sex: Female | DL Number: | DL Exp. Date: |
| SSN: | Birth Date: | Birth Place: | |
| Person Address: | | | |
| Employer Information: | | | |

**Person Information**

Ethnic Origin: UNKNOWN
Adult/Juvenile: ADULT

| Reporting Officer: JOSEPH DEFONCE 168 | Department: HARRISON | Report Status: Approved |
|---|---|---|
| Supervising Officer: | | Date/Time: |
| Verifying Officer: Domenick J. GENTILE 140 | Department: HARRISON POLICE DEPARTMENT | Date/Time: 01/24/2022 16:07 |

01-22-000737

Page 2 of 4

# Harrison Police Department

Report: 01/21/2022 13:46
Case Number: 01-22-000737

Incident Report

## Person 4 - Jim Finley

| Person Type: OTHER (OT) | Home Phone: | Business Phone: | Other Phone: (630) 962 - 1373 |
|---|---|---|---|
| Race: WHITE | Sex: Male | DL Number: | DL Exp. Date: |
| SSN: | Birth Date: | Birth Place: | |
| Person Address: | | | |
| Employer Information: | | | |

### Person Information

**Ethnic Origin:** UNKNOWN          **Adult/Juvenile:** ADULT

## Business 1 - Crime scene clean up

| Business Type: OTHER (OT) | Business Phone: (475) 559 - 4729 | Address: Waterbury Connecticut |
|---|---|---|

## Narrative 1 - ORIGINAL

Dispatched to 119 Preston Ave on the report of a civil matter.

Upon my arrival I met with Mr. Raymond Colasacco and Mr. Rick Colasacco.

Mr. Raymond Colasacco advised me he was provided a number for a cleanup crew on January 19, 2022 from The Westchester County Medical Examiners Office.

Mr. Raymond Colasacco advised me he contacted Crime Scene Cleanup (800-991-3645).

At 0315 hours on January 20, 2022 a representative named Chris arrived from the company Aftermath at 119 Preston Ave, and met with Mr. Rick Colasacco and advised him that he could not start work until he was provided an insurance policy number.

Mr. Rick Colasacco could not find the policy number and Chris left the scene without performing any work.

The next day Mr. Ray Colasacco found the policy number and contacted Chris with the information.

Chris advised Ray that he would be assembling a crew to begin work as soon as possible.

At approximately 1330 hours on January 20, 2022, Chris and a male and female arrived in a van from Aftermath to conduct the work.

Chris reassured Raymond that the work would
be covered by insurance and not to worry.

Raymond advised me he had signed papers provided to him by Chris and signed agreements on a tablet.

Chris reassured Ray again to
that insurance would be covering the work and that he would only be responsible for the deductible.

Raymond stated he was not provided any copies of documents he signed for.

At approximately 1440 hours on January 20, 2022 Aftermath began work at 119 Preston Ave.

| Reporting Officer: JOSEPH DEFONCE 168 | Department: HARRISON | Report Status: Approved |
|---|---|---|
| Supervising Officer: | | Date/Time: |
| Verifying Officer: Domenick J GENTILE 140 | Department: HARRISON POLICE DEPARTMENT | Date/Time: 01/24/2022 16:07 |

01-22-000737

# Harrison Police Department
Incident Report

Report: 01/21/2022 13:46
Case Number: 01-22-000737

At 1707 hours on January 20, 2022 Chris sent Mr. Raymond Colasacco a text message letting him know they were taking a 45 minute lunch break.

At 1809 hours the female employee contacted Mr. Rick Colasacco and told him that she needed access to 119 Preston Ave since they were back from their lunch break.

Mr. Rick Colasacco responded to 119 Preston Ave and as soon as they had access to the residence Chris advised that there was a problem and work needed to be stopped.

Chris advised me that Liberty Mutual wanted to send an adjuster to the scene to justify the $37,000 worth of work that was quoted.

At this point Chris and his crew took their equipment and left the property.

At this point Mr. Raymond Colasacco Mr. Elias Rabadi at Liberty Mutual and he was advised that Liberty Mutual did want to send an adjuster, but never issued a stop work order.

On the morning of 01/21/2022, Mr. Raymond Colasacco received a call from Brian, a supervisor at Liberty Mutual.

Brian advised that the company Aftermath and Crime Scene Cleanup were under investigation and that Chris never called Liberty Mutual for authorization for the work.

Mr. Raymond Colasacco would like to document the incident at this time in case of possible insurance fraud.

See attached witness depositions from Raymond and Rick Colasacco.

Sgt. Hinchey contacted the Westchester Medical Examiner's Office and advised them of the incident that occurred and that Aftermath/Crime Scene Cleanup is under investigation for possible insurance fraud.

| Reporting Officer: JOSEPH DEFONCE 168 | Department: HARRISON | Report Status: Approved |
|---|---|---|
| Supervising Officer: | | Date/Time: |
| Verifying Officer: Domenick J GENTILE 140 | Department: HARRISON POLICE DEPARTMENT | Date/Time: 01/24/2022 16:07 |

01-22-000737



# HARRISON POLICE DEPARTMENT

650 North Street
Harrison, NY 10528
(914) 967-5111



## REPORT ATTACHMENTS

*Indicate which forms were completed.

**HPD Case #**
22-737

**Incident Type**
CIVIC MATTERS

**Incident Address**
119 PRESTON AVE
W. HARRISON NY 10604

- ⊙ Witness Deposition
- ○ Property Clerks Invoice
- ○ Lost/Stolen Property Form
- ○ Impound Report
- ○ IJ Portal Printouts
- ○ Owners Deposition
- ○ Other _____

- ○ Use of Force Report (Non-Arrest)
- ○ Missing Person Report
- ○ Animal Bite Report
- ○ Burglary Questionnaire
- ○ Stolen Vehicle Affidavit
- ○ Auto Theft Questionnaire

The case number must be indicated on the front of all forms.

Notes: _____

Officer Signature: PO [signature] /DEFONCE/ 140/168    Date: 1-21-22
                                            44/146
Supervisor Signature: [signature]              Date: 01/24/22

Page 1 of 4



TOWN/VILLAGE OF HARRISON, N.Y. POLICE
DEPOSITION OF WITNESS
TO ACCOMPANY COMPLAINT OR INFORMATION
SEC. 100.20 CPL

REPORT # 22-737
DATE 1-21-22
PAGE 2 OF 2

**NOTICE:** FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE NYS PENAL LAW.

STATE OF NEW YORK, COUNTY OF WESTCHESTER, TOWN/VILLAGE OF HARRISON.

Raymond J Colasecco  1/19/82 , STATES AS FOLLOWS
(DEPONENT PRINT NAME AND DATE OF BIRTH)

On the night of Jan 19 2022 after the tragic event at 119 Preston Ave my family and I were given a list of Tragic Incident cleanup crews. My uncle Rick Colasacco called the first name on the list Crime Scene Clean Up at 800-991-3645. At 0315 a company arrived at 119 Preston Ave with a representative named Chris with a phone number of 475-559-4729. Upon arrival said person advised Rick Colasacco that the work can not begin until we can provide an insurance policy number and left the scene. The next morning I was able to obtain the policy number via Liberty Mutual and supplied it to Chris from Aftermath (the company that arrived at 0315) Chris then advised he will be assembling a crew and be to us ASAP. At approximately 1330 Chris arrived in a white van with a crew of one white male and one white female as well as himself (white male) he then had me fill out a hand written form and sign. He informed me he had to go in his van and call the insurance company to obtain a policy form claim number and approval. Approx 45 min later Chris returned with a laptop in hand and proceeded to show me and Rick Colasacco documents informing us that he spoke with Liberty Mutual and obtained a claim number and approval to complete the work. I and Rick Colasacco asked and were reassured that the job was covered in full and we would only be responsible for the deductible, with that knowledge I signed all documents via a electronic device and was promised an email copy of all documents of which I still do not have.
At approximately 1430 Chris and his crew began the work. Rick Colasacco and I left 119 Preston Ave as they worked. At 1707 Chris sent me a text message stating him and his crew were taking a 45 min lunch break.

SWORN TO BEFORE ME THIS ____ DAY OF _____ 20 ___

SIGNATURE: _____

ADDRESS: 9 Thornwood Rd
Armonk NY 10504

TELEPHONE :(HOME) 914-760-7624 (WORK) _____

SIGNATURE _____

TITLE _____

**NOTE: THIS FORM NEED BE SWORN ONLY IF COURT SPECIFICALLY REQUIRES OATH.



TOWN/VILLAGE OF HARRISON, N.Y. POLICE
DEPOSITION OF WITNESS
TO ACCOMPANY COMPLAINT OR INFORMATION
SEC. 100.20 CPL

REPORT # 22 - 737
DATE 1-21-22
PAGE 2 OF 2

**NOTICE:** FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE NYS PENAL LAW.

STATE OF NEW YORK, COUNTY OF WESTCHESTER, TOWN/VILLAGE OF HARRISON.

Raymond J Colascecca  1/19/62 , STATES AS FOLLOWS
(DEPONENT PRINT NAME AND DATE OF BIRTH)

Cont - At 1809 the Sample that was with the crew called Rick Colasuco via cell phone stating they needed access to 119 Preston Ave again after their lunch break. Rick Colasuco returned to above address to open the door for the crew. As soon as the door was open for the crew Chris advised there was a problem and work needed to be stopped he advised that Liberty Mutual wanted to send an adjuster out to review the site and damage to justify there bill of $37,000 plus dollars. At that point Chris and his crew packed up all their equipment and left. Rick Colasuco then called me. I immediately call the insurance agent Elias A Rabadi at 914-708-4727 and advised him of the situation. Elias informed me he would call Liberty Mutual Claims department and get back to me. Approx 45 min later Elias returned my call and advised he saw no stop work order but cont to look into he. He then called back and advised Liberty Mutual wanted to send a claims adjuster out to evaluate and justify the amount. This morning 1/21/22 I received a call Simon Brian a supervisor at Liberty Mutual Claims adjuster and investigation dept. His number is 972-803-4426. Brian informed me that this ent company Aftermath & Crime Scene Clean UP is under investigation from Liberty Mutual. He also informed me that Chris and his crew never did call for authorization or a claim number and this is not the first time they have done this. He then advised me to file a police report as possible insurance fraud. Brian then found a reputable company to come provide a better proposal and clean up the said scene. The new company coming is Spaulding with a contact of Andrew at 973-461-6749. Company is said to arrive at 1/21/22 at 1545.

SWORN TO BEFORE ME THIS _____ DAY OF _____ 20____

SIGNATURE: _____

ADDRESS: 9 Thornwood Rd
Armonk NY 10504

SIGNATURE _____

TELEPHONE: (HOME) 914-760-7624 (WORK) _____

TITLE _____

**NOTE: THIS FORM NEED BE SWORN ONLY IF COURT SPECIFICALLY REQUIRES OATH.



TOWN/VILLAGE OF HARRISON, N.Y. POLICE
DEPOSITION OF WITNESS
TO ACCOMPANY COMPLAINT OR INFORMATION
SEC. 100.20 CPL

REPORT # ~~10725~~ 22-737
DATE 1-21-22
PAGE ____ OF ____

**NOTICE:** FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE NYS PENAL LAW.

STATE OF NEW YORK, COUNTY OF WESTCHESTER, TOWN/VILLAGE OF HARRISON.

Rick P. Colasacco 1-16-1968 STATES AS FOLLOWS
(DEPONENT PRINT NAME AND DATE OF BIRTH)

On 1-19-22 at about 3:15 AM on 1-20-22 a scene clean up crew from Aftermath arrived at 119 Preston Ave West Harrison NY. To clean a Bio mess at the residence. But stated that due to lack of insurance info they would not proceed. To start to clean the area. On 1-20-22 in the AM my nephew Raymond Colasacco contacted the company and provided the insurance info. The crew arrived at about 1:30PM to start the project. After 4 hour preparing a contract on his laptop. He returned for Raymond to approve + sign. He reviewed them and signed them. The person (Chris) employed by Aftermath stated that the insurance approved the project and would be no out of pocket cost other than the deductable. They began work. I left the scene. At 6:07 PM the I recieved a call from Maria Nieves 860-833-7110 a employee of Aftermath. Requesting the garage code I responded to job and opened the door then left. I returned 1-21-22 and found all equipment removed from site.

SWORN TO BEFORE ME THIS
DAY OF _____ 20____

SIGNATURE: _____

_____
SIGNATURE

ADDRESS: 58 Webster Ave
Harrison, NY

_____
TITLE

TELEPHONE :(HOME) 914-494-11__ (WORK)

**NOTE:** THIS FORM NEED BE SWORN ONLY IF COURT SPECIFICALLY REQUIRES OATH.

Date 3-21-2022

To: LT. Carlucci
FOIL

1. Open referred to DD
2. Open investigation
3. Sealed file
4. Charges brought and disposed of court without sealing
5. Files closed-no arrest
6. Open/pending court

Reviewed by LT. Carlo 128

**TO: LAW DEPT.**
HPD has attached all information requested for FOIL 19 6-22 which may include but not limited to: DD Files, DIR'S written depositions, photos, etc., for a thorough law department review before approval.

Thank You!
Nensi