UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, LIBERTY MUTUAL FIRE INSURANCE COMPANY, and LIBERTY MUTUAL PERSONAL INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>AFTERMATH SERVICES LLC, AFTERMATH HOLDINGS LLC, J. DOUGLAS BERTO, KEVIN REIFSTECK, TINA BAO, MICHAEL LOPRESTI, CASEY DECKER, and John Does 1-10,<br><br>Defendants. | Civil Action No. 1:22-cv-11052-ADB |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

WHEREAS Plaintiffs Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, and Liberty Mutual Personal Insurance Company (together, "Liberty Mutual"); and Defendants Aftermath Services LLC and Aftermath Holdings LLC (together, "Aftermath") have reached a settlement agreement in this action;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their undersigned counsel, that this action, including all claims and counterclaims, is DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs, fees, and expenses. Each party further waives any rights to appeal.

Dated:   December 13, 2023

| | |
|---|---|
| /s/ _(signature)_<br><br>Timothy W. Tapply<br>Shahan J. Kapitanyan<br>BRAND & TAPPLY, LLC<br>555 Washington Street, Suite 6<br>Wellesley, MA 02482<br>(781) 431-7878<br>ttapply@brandtapply.com<br>skapitanyan@brandtapply.com<br><br>*Attorney for Plaintiffs Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, and Liberty Mutual Personal Insurance Company* | /s/ Robin L. Cohen<br><br>Robin L. Cohen (*admitted pro hac vice*)<br>Meredith Elkins (*admitted pro hac vice*)<br>W. Alex Harris (*admitted pro hac vice*)<br>COHEN ZIFFER FRENCHMAN & MCKENNA LLP<br>1325 Avenue of the Americas<br>New York, New York 10019<br>(212) 584-1890<br>rcohen@cohenziffer.com<br>melkins@cohenziffer.com<br>wharris@cohenziffer.com<br><br>Alan D. Rose (BBO# 427280)<br>Alan D. Rose, Jr. (BBO# 628871)<br>ROSE LAW PARTNERS, LLP<br>One Beacon Street, 23rd Floor<br>Boston, Massachusetts 02108<br>(617) 536-0040<br>adr@rose-law.net<br>adrjr@rose-law.net<br><br>*Attorneys for Defendants Aftermath Services LLC and Aftermath Holdings LLC* |